# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SPENCER MORGAN, FRANCIS NOVAK, and ROWENA KOENIG on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA, MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No.:<br><br><br><br>**CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF ROWENA KOENIG**<br><br>**DEMAND FOR JURY TRIAL** |

I, Rowena Koenig, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge and information that I have gathered and that is available to me, and if called upon to do so, I could and would testify to the matters stated herein.

2. I make this affidavit as required by California Civil Code Section 1780(d).

3. The complaint in this action is filed in the proper place for trial of this action because Defendants Higher Education Loan Authority of the State of Missouri ("MOHELA"), Miguel Cardona, in his official capacity as Secretary of the United States Department of Education, and the United States Department of Education do business in this district and MOHELA is headquartered in this district. A substantial portion of the events, acts, and omissions that are subject to the claims in this matter also occurred in this district.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 26, 2024.

/s/ Rowena Koenig

Rowena Koenig